CARTER H. STRICKLAND, JR., ESQ. (CS7672)
Rutgers Environmental Law Clinic
123 Washington Street
Newark, New Jersey 07102-3094
973-353-5695
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ————————————————————— ) | | |
| HACKENSACK RIVERKEEPER, INC., ) | | |
| RARITAN BAYKEEPER, INC. (d/b/a ) | | |
| NY/NJ BAYKEEPER), WILLIAM ) | | |
| SHEEHAN and ANDREW WILLNER, ) | | |
| ) | Civil Action | |
| Plaintiffs, ) | | |
| ) | Docket No. 05-4806 (DRD-SDW) | |
| -versus- ) | | |
| ) | | |
| DELAWARE OSTEGO CORP., ) | | |
| NEW YORK, SUSQUEHANNA & ) | **RULE 7.1 DISCLOSURE STATEMENT** | |
| WESTERN RAILWAY CORP., ) | **FOR PLAINTIFFS HACKENSACK** | |
| et al., ) | **RIVERKEEPER, INC. AND RARITAN** | |
| ) | **BAYKEEPER, INC. (D/B/A NY/NJ** | |
| Defendants. ) | **BAYKEEPER)** | |
| ————————————————————— ) | | |

In accordance with Fed. R. Civ. P. 7.1, Plaintiff Hackensack Riverkeeper, Inc. hereby

discloses that it does not have a parent corporation and it does not have any shareholders.

In accordance with Fed. R. Civ. P. 7.1, Plaintiff Raritan Baykeeper, Inc. (d/b/a NY/NJ

Baykeeper) hereby discloses that its parent corporation is the American Littoral Society.

Baykeeper does not have any shareholders.

Dated:    Newark, New Jersey
          December 5, 2005

                                        _____s/ Carter H. Strickland, Jr._____
                                            CARTER H. STRICKLAND, JR. (CS7672)
                                        RUTGERS ENVIRONMENTAL LAW CLINIC
                                        123 Washington Street
                                        Newark, New Jersey 07102-3094
                                        973-353-5695
                                        Attorneys for Plaintiffs