CARTER H. STRICKLAND, JR., ESQ. (CS7672)
Rutgers Environmental Law Clinic
123 Washington Street
Newark, New Jersey 07102-3094
973-353-5695
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| HACKENSACK RIVERKEEPER, INC., RARITAN BAYKEEPER, INC. (d/b/a NY/NJ BAYKEEPER), WILLIAM SHEEHAN and ANDREW WILLNER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action |
| -versus- | ) ) | Docket No. 05-4806 (DRD-SDW) |
| DELAWARE OSTEGO CORP., NEW YORK, SUSQUEHANNA & WESTERN RAILWAY CORP., et al., | ) ) ) ) ) | **NOTICE OF MOTION** |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that, on January 12, 2006, at 9:00 a.m., or as soon thereafter as

counsel may be heard, Plaintiffs Hackensack Riverkeeper, Inc., Raritan Baykeeper, Inc. (d/b/a

NY/NJ Baykeeper), William Sheehan, and Andrew Willner, will apply to this Court for an Order

granting partial summary judgment on, and striking, affirmative defenses related to preemption,

subject matter jurisdiction and standing.  In support of their motion, Plaintiffs rely on the

attached Memorandum of Law and the Declarations of Andrew Willner, William Sheehan,

Carter H. Strickland, Jr., Catherine Morrow, Martha Griffin, and Ivan Kossak and exhibits

thereto.

Dated:    Newark, New Jersey
          December 5, 2005

Respectfully Submitted,


\_\_\_\_\_s/ Carter H. Strickland, Jr._____
     CARTER H. STRICKLAND, JR. (CS7672)
RUTGERS ENVIRONMENTAL LAW CLINIC
123 Washington Street
Newark, New Jersey 07102-3094
973-353-5695
cstrickland@kinoy.rutgers.edu
Attorneys for Plaintiffs