

**Sheehan Declaration Exhibit A.1**